Cleland, Lee & Phelps, for appellants. Miller, Gorham, Wales & Noxon, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**Alice Garrison O'Grady, appellee, v. Homer N. Motsinger, appellant. Gen. No. 25,491.**
Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
Dimmitt C. Hutchins, for appellant. Hermann P. Haase, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**Yellow Cab Company (plaintiff) v. Martin L. Nilsen (defendant), appellant. The People of the State of Illinois, appellee. Gen. No. 25,512.**
Order finding defendant guilty of contempt of court in failing to comply with the terms of a permanent injunction. Appeal from the Circuit Court of Cook county; the Hon. Merritt W. Pinckney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
Otto Schusterman, for appellant. D'Ancona & Pflaum, for appellee.
Mr. Justice Thomson delivered the opinion of the court.

---

**First State Bank of Plano, appellee, v. M. J. Isaacs, appellant. Gen. No. 25,543.**
Suit on a promissory note signed by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed June 18, 1921.
Silber, Isaacs, Silber & Woley, for appellant; Clarence J. Silber, of counsel. Gregory & McNab, for appellee; Albert S. Long, of counsel.
Mr. Justice Thomson delivered the opinion of the court.

---

**Daisy M. Rothwell, formerly Daisy M. Hart, appellant, v. John L. Taylor, individually and as executor of the estate of Elizabeth Condell, deceased, appellee. Gen. No. 25,552.**
Action of replevin against defendant individually and as executor, to recover possession of notes and certificates of deposit. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Judgment reversed and judgment here. Opinion filed June 18, 1921. Rehearing denied July 7, 1921.
Justin K. Orvis and Ela, Grover & March, for appellant; Justin K. Orvis, of counsel. Winston, Strawn & Shaw, for appellee; John C. Slade and Raymond Southworth, of counsel.
Mr. Justice Thomson delivered the opinion of the court.